UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| STEVEN M. BARTA | : CASE NO. 24-50625-JAM |
| | : |
| Debtor. | : October 4, 2024 |

## MOTION TO DISMISS CHAPTER 13 CASE

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") represents that the above-captioned Debtor ("Debtor") has failed to properly prosecute this bankruptcy case in one or more of the following respects. The Trustee seeks dismissal of the case for cause pursuant to 11 U.S.C. Sections 305(a) and 1307(c) based on the deficiencies indicated below.

If the deficiencies set out below are remedied and the case is not dismissed, notice is hereby given to the Debtor that the Trustee may also seek dismissal of the Chapter 13 case at the hearing on confirmation of the Debtor's Chapter 13 plan. If the Debtor cannot confirm a plan for any reason, then the Trustee will request at the confirmation that the case be dismissed under 11 U.S.C. Section 1307(c)(5).

1. I reviewed the files and records of the office of the Standing Chapter 13 Trustee for the District of Connecticut made and kept in the usual and ordinary course of its business. The records were made at or near the time of the events they record by someone with knowledge of the events they record.

2. I rely on those records in making the following statements.

3. <u>The Debtor has failed to provide the Trustee with the documents necessary for her to determine if the Plan is feasible or represents the Debtor's best efforts.</u> Sections 521(a)(3) and 521(a)(4) of the Bankruptcy Code require the Debtor to cooperate with the Trustee so that she may perform her duties under the Code, and to turn over all recorded information relating to property of the estate. The Debtor has not provided:
    a. Date of filing bank statements,
    b. Valuation of two parcels of real property,
    c. Balance sheet for business the Debtor owns,
    d. 2022 and 2023 tax returns,
    e. Documentation of Debtor's interest in estate of Miklos Barta; and
    f. Payment advices or other evidence of income received by the debtor for the six full months preceding the petition date.

4. <u>The Debtor has failed to provide the Trustee with the documents necessary for her to determine if the Plan complies with 11 U.S.C. § 1325(a)(4), and provides for the distribution to unsecured claims of an amount that is not less than what they would receive in a Chapter 7 liquidation.</u> Sections 521(a)(3) and 521(a)(4) of the Bankruptcy Code require the Debtor to cooperate with

   the Trustee to allow her to perform her duties under the Code, and to turn over all recorded information relating to property of the estate. The Debtor has failed to provide:
   a. Property valuation for real property.

5. <u>The Debtor has failed to complete a properly noticed first meeting of creditors pursuant to</u> Section 341 of the Bankruptcy Code.

I declare under penalty of perjury that the information contained in the foregoing **numbered** paragraphs is true and correct. Executed on October 4, 2024.

   Wherefore, the Trustee requests that the court dismiss the case, unless the indicated defects are cured prior to any hearing on this motion.

>*/s/ Roberta Napolitano, Trustee*
>Roberta Napolitano, Trustee
>Chapter 13 Standing Trustee
>10 Columbus Blvd., 6th Floor
>Hartford, CT 06106
>Tel: (860) 278-9410
>Email: rnapolitano@ch13rn.com
>Federal Bar No.: tr0837813

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

IN RE: : CHAPTER 13
STEVEN M. BARTA : CASE NO. 24-50625-JAM
:
Debtor. : October 4, 2024

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Motion to Dismiss with proposed order

1. **Parties Served Via First Class Mail:**
   Debtor(s):
   STEVEN M. BARTA
   7 OAK HILL AVENUE
   NORWALK, CT 06854-2410

2. **Parties Served Electronically Include:**
   Debtor's Attorney: SCOTT M. CHARMOY
   Email: scottcharmoy@charmoy.com

   Office of the United States Trustee,
   Kim McCabe, Assistant United States Trustee
   Email: ustpregion02.nh.ecf@usdoj.gov

   */s/ Roberta Napolitano*
   Roberta Napolitano
   Chapter 13 Standing Trustee
   10 Columbus Blvd., 6th Floor
   Hartford, CT 06106
   Tel: (860) 278-9410
   Email: rnapolitano@ch13rn.com
   Federal Bar No.: tr0837813

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

IN RE: : CHAPTER 13
STEVEN M. BARTA : CASE NO. 24-50625-JAM
:
Debtor. :

PROPOSED ORDER DISMISSING CASE UNDER CHAPTER 13 FOR FAILURE TO MAKE PLAN PAYMENTS AND FOR UNREASONABLE DELAY PREJUDICING CREDITORS

On July 31, 2024, Roberta Napolitano, the Chapter 13 trustee (the "Trustee"), filed a Motion to Dismiss the Debtors' case (the "Motion to Dismiss," ECF No. ___) for failure to begin making timely payments under Section 1326 of the Bankruptcy Code and for unreasonable delay by the Debtor that is prejudicial to creditors.

On _____, a hearing was held on the Motion to Dismiss. Accordingly, pursuant to 11 U.S.C. § 1307(c), for the reasons set forth in the Motion to Dismiss and during the hearing, it is hereby

ORDERED: The Motion to Dismiss is GRANTED and the case is DISMISSED.