**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 24-50625 |
| | ) | |
| Steven M. Barta | ) | Chapter 13 |
| | ) | |
| Debtor | ) | January 2, 2025 |

**MOTION TO CONTINUE CONFIRMATION HEARING**

Debtor hereby moves to continue the hearing on confirmation of his Chapter 13 plan set for January 9, 2025 (ECF 10) as follows:

1. Debtor filed this Chapter 13 case on September 6, 2024 (ECF 1).

2. Debtor filed his Original Chapter 13 Plan on September 19, 2024 (ECF 7). The confirmation hearing is currently scheduled for January 9, 2025 (ECF 10).

3. The Debtor needs to file his outstanding state and federal tax returns in order to confirm his plan, which he should be able to complete by the end of this month. He also anticipates he will need to pursue a refinance and/or sale of at least one real property in order to confirm.

4. For all the above reasons, Debtor respectfully requests to continue the hearing on confirmation of his plan for ninety days.

5. The Chapter 13 Trustee and counsel for Webster Bank consent to this motion.

**WHEREFORE**, Debtor respectfully requests to continue the hearing on confirmation of his plan for a period of at least ninety days, and for any other relief deemed just and equitable.

**DEBTOR**

BY:     /s/ Scott M. Charmoy_____
        Scott M. Charmoy, Esq.    CT15889
        Charmoy & Charmoy, LLC
        1465 Post Road East, Suite 100
        Westport, CT  06880
        (203) 255-8100
        scottcharmoy@charmoy.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 24-50625 |
| | ) | |
| Steven M. Barta | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

**ORDER ON DEBTOR'S MOTION TO CONTINUE HEARING**
**ON CONFIRMATION OF CHAPTER 13 PLAN**

Debtor's Motion to Continue Hearing on Confirmation of his Chapter 13 Plan, having been presented to this Court, is hereby **GRANTED**, and it is further **ORDERED**, that the hearing on the confirmation of Debtor's Chapter 13 plan is continued to

_____, 2025.